ROBERT T. HASLAM (CA Bar No. 71134)
robert.haslam@hellerehrman.com
ANDREW C. BYRNES (CA Bar No. 191516)
andrew.byrnes@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MICHAEL K. PLIMACK (CA Bar No. 133869)
michael.plimack@hellerehrman.com
DALE A. RICE (CA Bar No. 146249)
dale.rice@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re: Katz Interactive Call Processing Patent Litigation,

This document relates to:

Ronald A. Katz Technology Licensing, L.P. v. Sierra Pacific Resources, et al. CV 07-4957 RGK (FFMx)

Case No. 07-ml-01816 RGK (FFMx)

STIPULATION ON DISMISSAL OF SIERRA PACIFIC DEFENDANTS; ~~PROPOSED~~ ORDER

---

STIPULATION ON DISMISSAL OF SIERRA PACIFIC DEFENDANTS; ORDER

CASE NO 07-ML-01816 RGK (FFMx)

**WHEREAS:** (1) on June 6, 2007, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("Katz") filed a Complaint in the United States District Court for the District of Nevada commencing *Ronald A. Katz Technology Licensing, L.P. v. Sierra Pacific Resources, et al.*, Civil Action No. 2:07-cv-00737-RLH-PAL (the "Action) against Defendants Sierra Pacific Resources, Sierra Pacific Power Company and Nevada Power Company ("Sierra Pacific Defendants"); (2) Katz and Sierra Pacific have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and (3) in an order filed on June 20, 2007 in the Clerk's Office of the Judicial Panel, a Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the action and other actions to this Court, and on or about April 9, 2007, the transfer order was filed in the Clerk's Office of this Court.

**NOW, THEREFORE,** Katz and the Sierra Pacific Defendants jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by Katz against the Sierra Pacific Defendants [*Sierra Pacific Resources, Sierra Pacific Power Company and Nevada Power Company*] are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action; and

3. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement.

DATED: August 15, 2007         HELLER EHRMAN LLP

By *Robert Haslam /NBM*
ROBERT T. HASLAM
Attorneys for Plaintiff RONALD A. KATZ
TECHNOLOGY LICENSING, L.P.

---

STIPULATION ON DISMISSAL OF SIERRA PACIFIC DEFENDANTS; ORDER

CASE NO 07-ML-01816 RGK (FFMx)

\* Per Sanda Eagle -

DATED: August 1?, 2007

HOWREY LLP

By /s/ Gary Fischman

GARY FISCHMAN
Attorneys for Defendants SIERRA PACIFIC RESOURCES, SIERRA PACIFIC POWER COMPANY and NEVADA POWER COMPANY

IT IS SO ORDERED

DATED: August 20, 2007.

/s/ Gary Klausner

THE HONORABLE R. GARY KLAUSNER
United States District Court Judge,
Central District of California

---

2

STIPULATION ON DISMISSAL OF EXPRESS SCRIPTS, INC , CASE NO. 07-ML-01816 RGK (FFMx)

## PROOF OF SERVICE BY MAIL AND E-MAIL

I, Leila A. Fergueson, declare as follows:

I am employed with the law firm of Heller Ehrman LLP, whose address is 333 South Hope Street, 39th Floor, Los Angeles, CA 90071-3043. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On August 15, 2007, I served the following:

**STIPULATION ON DISMISSAL OF SIERRA PACIFIC DEFENDANTS;**

**PROPOSED ORDER**

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business; and I caused the document to be sent to the persons listed under parties served at the e-mail addresses listed below.

Jeffrey J. Phillips, Esq
Gary J. Fischman, Esq.
Howrey LLP
1111 Louisiana
25th Floor
Houston, TX 77002-5242

phillipsj@howrey.com

fischmang@howrey.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this proof of service was executed on August 15, 2007 at Los Angeles, California.

Leila A. Fergueson

Document4

Heller
Ehrman LLP